```
                FILED        LODGED
                       RECEIVED

              NOV 18 2016

          CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON AT TACOMA
    BY                              DEPUTY
```

Honorable Ronald B. Leighton
Honorable David W. Christel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CALVIN MALONE,

    Plaintiff,

vs.

MARK STRONG and BILL VAN HOOK,

    Defendants.

NO. 16-CV-05284-RBL-DWC

ORDER CONSOLIDATING CASES

THIS MATTER having come on before this Court on the parties' motion for an order consolidating cases; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

ORDERED that the following cases should be consolidated with this case:

| Brennan, Duane | 16-CV-05547-RBL-DWC |
|---|---|
| Brooks, John | 16-CV-05535-RBL-DWC |
| Cole, Michael | 16-CV-05544-RBL-DWC |
| Coleman, Tommy | 16-CV-05555-RBL-DWC |
| Dumas, Dennis | 16-CV-05549-RBL-DWC |
| Fox, Ronald | 16-CV-05532-RBL-DWC |
| Geier, Paul | 16-CV-05539-RBL-DWC |
| Hancock, George | 16-CV-05541-RBL-DWC |
| Hopkins, Matthew | 16-CV-05548-RBL-DWC |

ORDER CONSOLIDATING CASES - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| Jackson, Richard | 16-CV-05551-RBL-DWC |
| --- | --- |
| Jaeger, Gregory | 16-CV-05546-RBL-DWC |
| Jones, Scott | 16-CV-05540-RBL-DWC |
| Malone, Calvin | 16-CV-05284-RBL-DWC |
| Mathis, Jeremy | 16-CV-05545-RBL-DWC |
| Mitchell, George | 16-CV-05530-RBL-DWC |
| Nelson, Zachary | 16-CV-05542-RBL-DWC |
| Parsons, Jonathan | 16-CV-05537-RBL-DWC |
| Pisoni, John | 16-CV-05854-RBL-DWC |
| Pouncy, Curtis | 16-CV-05550-RBL-DWC |
| Robinson, Mark | 16-CV-05534-RBL-DWC |
| Schoonover, Richard | 16-CV-05533-RBL-DWC |
| Townsend, Joseph | 16-CV-05538-RBL-DWC |
| Turner, James | 16-CV-05556-RBL-DWC |

DATED this 15th day of November, 2016.

*[signature]*

David W. Christel, Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiffs

By:  /s/ Casey M. Arbenz
     Casey M. Arbenz
     WSB #40581

Approved as to form and notice
of presentment waived:

By:  /s/ Craig B. Mingay
     Craig B. Mingay
     WSB# 45106

ORDER CONSOLIDATING CASES - 2